IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RAMIRO AND NORMA A. GUERRA | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO._____ |
| | * | |
| ALLSTATE VEHICLE AND | * | |
| PROPERTY INSURANCE COMPANY | * | |
| Defendant, | * | JURY DEMANDED |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY, and pursuant to Rule 15, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 1441 and 1332, files this its Notice of Removal and in connection therewith would respectfully show the Court the following:

### I.
### BACKGROUND

Petitioner is Defendant in a civil action now pending in the 370th District Court of Hidalgo County, Texas, Cause Number C-3423-18-G, styled *Ramiro and Norma A. Guerra v. Allstate Vehicle & Property Insurance Company* wherein Plaintiffs seek monetary relief for property damage, and alleged violations of the Deceptive Trade Practices Act and Texas Insurance Code, as well as claims for bad faith.

### II.
### BASIS FOR REMOVAL

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the Defendant is diverse in citizenship from the

Plaintiffs.

## III.
## DIVERSITY IN CITIZENSHIP

The Plaintiffs, Ramiro and Norma A. Guerra, are domiciled in Hidalgo County, in the State of Texas, and were domiciled there at the time this action was commenced. Plaintiffs were at that time and are now citizens of the State of Texas.

Allstate Vehicle and Property Insurance Company, the Defendant, is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced at Northbrook, Cook County, in the State of Illinois. Defendant is now, and was at the time this action was commenced, a citizen of the State of Illinois and of no other state.

Accordingly, diversity of citizenship exists among the parties.

## IV.
## AMOUNT IN CONTROVERSY

The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00). Plaintiffs seek monetary damages over $200,000.00 but not more than $1,000,000.00. Defendant would further show, the applicable policy of Ramiro and Norma A. Guerra provides dwelling limits of $399,470.00, other structures limits of $39,947.00 and contents coverage of $239,682.00. See declarations page attached as Exhibit A.

Additionally, prior to litigation, Plaintiffs, submitted a demand for $224,311.36. See demand letter attached as Exhibit B. In the demand, Plaintiffs note the potential for seeking recovery of treble damages. In addition to policy benefits in their Petition Plaintiffs seek statutory damages, extra-contractual damages, exemplary damages and attorney's fees.

Accordingly, considering all damages Plaintiffs would be entitled to, should they prevail, as

well as the announcement of damages sought in their Original Petition, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

## V.

Removal of this action is proper under 28 U.S.C. §1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because the Plaintiffs and Defendant are diverse in citizenship and the amount in controversy exceeds $75,000.00.

## VI.

This notice of removal is being filed within thirty (30) days after receipt by Petitioner of Plaintiffs' Original Petition, which was the first notice to Defendant of this lawsuit. This removal is filed under 28 U.S.C. Section 1446(b).

## VII.

Petitioner's time to answer or remove with respect to the Plaintiffs' Original Petition has not expired. Plaintiffs' Original Petition was served on the Defendant Allstate Vehicle and Property Insurance Company on September 24, 2018.

## VIII.

This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331 and this action may be removed to this Court by Petitioner, pursuant to the provisions of 28 U.S.C. Section 1441. Copies of all pleadings including the docket sheet on file with the State Court are attached hereto.

WHEREFORE, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. §1446, removes this action for trial from the 370th District Court, Hidalgo County,

Texas to this Court, on this 24th day of October, 2018.

                                        Respectfully submitted,

                                        BY:   /s/ *Rosemary Conrad-Sandoval*
                                        Rosemary Conrad-Sandoval
                                        Attorney-in-charge
                                        State Bar #04709300
                                        Federal ID #13738

                                        Of Counsel
                                        Kevin Sanchez
                                        State Bar #24104295
                                        Federal ID #3083798
                                        ROERIG, OLIVEIRA & FISHER, L.L.P.
                                        10225 North 10th Street
                                        McAllen, Texas   78504
                                        (956) 393-6300
                                        (956) 386-1625 (Fax)

                                        ATTORNEYS FOR DEFENDANT

## VERIFICATION

THE STATE OF TEXAS         :
                          :
COUNTY OF HIDALGO          :

I, ROSEMARY CONRAD-SANDOVAL, being first duly sworn, depose and say that: I am counsel for Petitioner, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY; I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

_____
ROSEMARY CONRAD-SANDOVAL

SUBSCRIBED AND SWORN TO BEFORE ME by the said ROSEMARY CONRAD-SANDOVAL, this 24th day of October, 2018, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas



VIVIANA SUJEY MIRAMONTEZ
Notary Public, State of Texas
Comm. Expires 02-24-2020
Notary ID 130552285

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been mailed, Certified Mail, Return Receipt Requested, to the Attorney for Plaintiffs, as follows:

Omar Ochoa
OMAR OCHOA LAW FIRM
121 N. 10th St.
McAllen, Texas 78501

on this 24th day of October, 2018.

/s/ *Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL