United States District Court
Southern District of Texas
**ENTERED**
August 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RAMIRO  GUERRA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-328 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers the "Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(ii)"[1] filed by Ramiro and Norma Guerra ("Plaintiffs") announcing to the Court they "stipulate to dismissal of all claims without prejudice against Defendant Allstate Vehicle & Property Insurance Company."[2] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs may dismiss an action without a court order by filing a stipulation of dismissal signed by all appearing parties. Since the stipulation of dismissal is signed by all appearing parties, Plaintiffs have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of August, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 11.
[2] *Id.*

1 / 1